No. 726. TWENTIETH CENTURY ASSOCIATES, INC. *v.* WALDMAN. January 28, 1946. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Block* v. *Hirsh,* 256 U. S. 135; *Marcus Brown Holding Co.* v. *Feldman,* 256 U. S. 170; *East New York Savings Bank* v. *Hahn,* 326 U. S. 230. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this case. *Mr. Benjamin Bernstein* for appellant.

No. 78, Misc. McMAHAN *v.* BENNETT, DIRECTOR. January 28, 1946. The motion for leave to file a petition for a writ of mandamus is denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.